**CONVERTED, APLDIST, APPEAL**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
### Bankruptcy Petition #: 8:17-bk-11334-MW

|  |  |
|---|---|
| | *Date filed:* 04/05/2017 |
| *Assigned to:* Mark S Wallace | *Date converted:* 09/25/2017 |
| Chapter 7 | *341 meeting:* 05/31/2018 |
| Previous chapter 11 | *Deadline for filing claims:* 05/01/2018 |
| Original chapter 11 | *Deadline for filing claims (govt.):* 03/26/2018 |
| Voluntary | *Deadline for objecting to discharge:* 07/05/2017 |
| Asset | |

| | |
|---|---|
| *Debtor* | represented by **Greg M Mortensen** |
| **Mega Development Group LLC** | Law Office of Greg M Mortensen |
| 23 Corporate Plaza Ste 150 | 23031 E. Desert Hills Dr. |
| Newport Beach, CA 92660 | Queen Creek, AZ 85142 |
| ORANGE-CA | 949-697-5578 |
| Tax ID / EIN: 47-3503715 | |
| | **Larry Rothman** |
| | Law Offices of Larry Rothman |
| | 160 S Old Springs Rd Ste 170 |
| | Anaheim, CA 92808-1250 |
| | 714-363-0220 |
| | Fax : 714-363-0229 |
| | |
| *Trustee* | represented by **Reem J Bello** |
| **Weneta M Kosmala (TR)** | Weiland Golden Goodrich LLP |
| 3 MacArthur Place, Suite 760 | 650 Town Center Drive, Suite 600 |
| Santa Ana, CA 92707 | Costa Mesa, CA 92626 |
| (714) 708-8190 | 714-966-1000 |
| | Fax : 714-966-1002 |
| | Email: rbello@wgllp.com |
| | |
| *U.S. Trustee* | represented by **Nancy S Goldenberg** |
| **United States Trustee (SA)** | 411 W Fourth St Ste 7160 |
| 411 W Fourth St., Suite 7160 | Santa Ana, CA 92701-8000 |
| Santa Ana, CA 92701-4593 | 714-338-3416 |
| (714) 338-3400 | Fax : 714-338-3421 |
| | Email: nancy.goldenberg@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 04/05/2017 | [1](#) (48 pgs; 3 docs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1717 Filed by Mega Developement Group LLC List of Equity Security Holders due 4/19/2017. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 4/19/2017. Corporate Resolution Authorizing Filing of Petition due 4/19/2017. Corporate Ownership Statement (LBR Form F1007-4) due by 4/19/2017. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 4/19/2017. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 4/19/2017. Incomplete Filings due by 4/19/2017. (Bustillos, Denise) (Entered: 04/05/2017) |

| | | |
|---|---|---|
| 04/05/2017 | 2 (2 pgs) | Chapter 11 Small Business Plan Filed by Debtor Mega Developement Group LLC . (Bustillos, Denise) (Entered: 04/05/2017) |
| 04/05/2017 | | Receipt of Chapter 11 Filing Fee - $1717.00 by 02. Receipt Number 80068538. (admin) (Entered: 04/05/2017) |
| 04/06/2017 | 3 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Bach, Julian. (Bach, Julian) (Entered: 04/06/2017) |
| 04/07/2017 | 4 | Meeting of Creditors 341(a) meeting to be held on 5/5/2017 at 10:00 AM at RM 1-159, 411 W Fourth St., Santa Ana, CA 92701. Last day to oppose discharge or dischargeability is 7/5/2017. (Corona, Heidi) NOTICE NOT GENERATED. SEE DOCKET ENTRY #5 FOR CORRECT INFORMATION. Modified on 4/7/2017 (Corona, Heidi). (Entered: 04/07/2017) |
| 04/07/2017 | 5 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 5/5/2017 at 10:00 AM at RM 1-159, 411 W Fourth St., Santa Ana, CA 92701. (Corona, Heidi) (Entered: 04/07/2017) |
| 04/07/2017 | 6 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Mega Development Group LLC) No. of Notices: 2. Notice Date 04/07/2017. (Admin.) (Entered: 04/07/2017) |
| 04/07/2017 | 7 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Mega Development Group LLC) No. of Notices: 2. Notice Date 04/07/2017. (Admin.) (Entered: 04/07/2017) |
| 04/09/2017 | 8 (3 pgs) | BNC Certificate of Notice (RE: related document(s) 4 Meeting of Creditors Chapter 11 & 12) No. of Notices: 3. Notice Date 04/09/2017. (Admin.) (Entered: 04/09/2017) |
| 04/09/2017 | 9 (3 pgs) | BNC Certificate of Notice (RE: related document(s)5 Meeting of Creditors Chapter 11 & 12) No. of Notices: 3. Notice Date 04/09/2017. (Admin.) (Entered: 04/09/2017) |
| 04/11/2017 | 10 (4 pgs) | Order: (1) Setting Hearing On Status Of Chapter 11 Case; And (2) Requiring Report On Status Of Chapter 11 Case. The Status Conference hearing is set for June 21, 2017 at 9:00 a.m. in Courtroom 6C, located at 411 West Fourth Street, Santa Ana, CA 92701; (BNC-PDF) (Related Doc # 1 ) Signed on 4/11/2017 (Bolte, Nickie) (Entered: 04/11/2017) |
| 04/11/2017 | 11 | Hearing Set [RE: related document 10 Order: (1) Setting Hearing On Status Of Chapter 11 Case; And (2) Requiring Report On Status Of Chapter 11 Case. Status Conference hearing to be held on 6/21/2017 at 09:00 AM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Bolte, Nickie) (Entered: 04/11/2017) |
| 04/11/2017 | | Receipt of Certification Fee - $11.00 by 01. Receipt Number 80068574. (admin) (Entered: 04/11/2017) |
| 04/11/2017 | | Receipt of Photocopies Fee - $2.50 by 01. Receipt Number 80068574. (admin) (Entered: 04/11/2017) |
| 04/13/2017 | 12 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)10 Order (Generic) (BNC-PDF)) No. of Notices: 2. Notice Date 04/13/2017. (Admin.) |

| | | |
|---|---|---|
| | | (Entered: 04/13/2017) |
| 04/19/2017 | 13 (8 pgs) | Corporate resolution authorizing filing of petitions , Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Verification of Master Mailing List of Creditors (LBR Form F1007-1), Declaration of Penalty of Perjury Re 11 USC 1116 1(B) Filed by Debtor Mega Development Group LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Roque, Jewell) (Entered: 04/19/2017) |
| 04/19/2017 | 14 (2 pgs) | Statement of Corporate Ownership filed. Filed by Debtor Mega Development Group LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Roque, Jewell) (Entered: 04/19/2017) |
| 04/19/2017 | 15 (3 pgs) | Proof of service Re THE NOTICE OF 341 HEARING DATE Filed by Debtor Mega Development Group LLC . (Roque, Jewell) (Entered: 04/19/2017) |
| 04/19/2017 | 16 (4 pgs) | Amendment to List of Creditors. Fee Amount $31 Filed by Debtor Mega Development Group LLC . (Roque, Jewell) (Entered: 04/19/2017) |
| 04/19/2017 | | Receipt of Amendment Filing Fee - $31.00 by 01. Receipt Number 80068650. (admin) (Entered: 04/19/2017) |
| 05/03/2017 | 17 (15 pgs) | Application of Mega Development Group LLC, Debtor in Possession to Employ Greg Mortensen Esq. as its Attorney Under Bankruptcy Code 327, Declaration of Greg Mortensen is Support Thereto Filed by Debtor Mega Development Group LLC (Le, James) (Entered: 05/04/2017) |
| 05/10/2017 | 18 (2 pgs) | Order Granting Application Of Mega Development Group LLC, Debtor In Possession, To Employ Greg Mortensen, Esq. As Its Attorney Under Bankruptcy Code 327. (BNC-PDF) (Related Doc # 17) Signed on 5/10/2017. (Bolte, Nickie) (Entered: 05/10/2017) |
| 05/11/2017 | 19 (13 pgs) | Amending Schedules (D) (E/F) Filed by Debtor Mega Development Group LLC . (Bustillos, Denise) (Entered: 05/11/2017) |
| 05/11/2017 | | Receipt of Amendment Filing Fee - $31.00 by 02. Receipt Number 80068829. (admin) (Entered: 05/11/2017) |
| 05/12/2017 | 20 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)18 Order on Application to Employ (BNC-PDF)) No. of Notices: 2. Notice Date 05/12/2017. (Admin.) (Entered: 05/12/2017) |
| 06/07/2017 | 21 (13 pgs) | Chapter 11 Status Conference Report Filed by Debtor Mega Development Group LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Le, James) (Entered: 06/08/2017) |
| 06/19/2017 | 22 (13 pgs) | U.S. Trustee Motion to dismiss or convert *Case to One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112; and Request for Judgment For Quarterly Fees Due and Payable to the U.S. Trustee at the time of the Hearing* Filed by U.S. Trustee United States Trustee (SA). (Goldenberg, Nancy) (Entered: 06/19/2017) |
| 06/19/2017 | 23 (1 pg) | Notice of Hearing *Amended Notice of Hearing to Correct Name of Debtor, Case Number and Hearing Date is July 24, 2017 at 2:00 p.m. in Crtm 6C* Filed by U.S. |

| | | |
|---|---|---|
| | | Trustee United States Trustee (SA) (RE: related document(s)22 U.S. Trustee Motion to dismiss or convert *Case to One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112; and Request for Judgment For Quarterly Fees Due and Payable to the U.S. Trustee at the time of the Hearing* Filed by U.S. Trustee United States Trustee (SA).). (Goldenberg, Nancy) (Entered: 06/19/2017) |
| 06/20/2017 | 24 | Notice to Pay Court Costs Due Sent To: Greg M Mortensen, Total Amount Due $0 . (Le, James) (Entered: 06/20/2017) |
| 06/21/2017 | 25<br>(1 pg) | Notice To Creditors Of Amended Notice Of Motion And Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 U.S.C. Section 1112(b); And, Request For Judgment For Quarterly Fees Due And Payable To The U.S. Trustee At The Time Of The Hearing; Declaration Of Marilyn Sorensen In Support Thereof. The Hearing date is set for 7/24/2017 at 02:00 PM at Courtroom 6C, 411 West Fourth Street, Santa Ana, CA 92701. (BNC- PDF) (Bolte, Nickie) (Entered: 06/21/2017) |
| 06/21/2017 | 26 | Hearing Set (RE: related document(s)22 Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 U.S.C. Section 1112(b); And, Request For Judgment For Quarterly Fees Due And Payable To The U.S. Trustee At The Time Of The Hearing) - filed by U.S. Trustee United States Trustee (SA)) The Hearing date is set for 7/24/2017 at 02:00 PM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Bolte, Nickie) (Entered: 06/21/2017) |
| 06/21/2017 | 28 | Hearing Continued (RE: related document(s) STATUS CONFERENCE Hearing RE: (1) Status Of Chapter 11 Case; And (2) Requiring Report On Status Of Chapter 11 Case) NEXT STATUS CONFERENCE IS SET FOR 8/2/2017 at 09:00 AM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Le, James) (Entered: 06/23/2017) |
| 06/23/2017 | 27<br>(1 pg) | Order Continuing Status Conference To August 2, 2017 At 9:00 A.M. in Courtroom 6C, located at 411 West Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # 1 ) Signed on 6/23/2017 (Bolte, Nickie) (Entered: 06/23/2017) |
| 06/23/2017 | 29<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)25 Notice to creditors (BNC-PDF)) No. of Notices: 5. Notice Date 06/23/2017. (Admin.) (Entered: 06/23/2017) |
| 06/25/2017 | 30<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)27 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 2. Notice Date 06/25/2017. (Admin.) (Entered: 06/25/2017) |
| 07/05/2017 | 31<br>(6 pgs) | Small Business Monthly Operating Report. Operating Report Number: . For the Month Ending May 2017; Filed by Debtor Mega Development Group LLC . (Daniels, Sally) (Entered: 07/06/2017) |
| 07/05/2017 | 32<br>(6 pgs) | Monthly Operating Report. Operating Report Number: . For the Month Ending June 2017; Filed by Debtor Mega Development Group LLC . (Daniels, Sally) (Entered: 07/06/2017) |
| 07/10/2017 | 33<br>(26 pgs) | Opposition to the Trustee's Motion to Dismiss or Convert to a Chapter 7. Declaration of Lee Durst in support of this Opposition (related document(s): 22 U.S. Trustee Motion to dismiss or convert *Case to One Under Chapter 7* |

| | | |
|---|---|---|
| | | *Pursuant to 11 U.S.C. Section 1112; and Request for Judgment For Quarterly Fees Due and Payable to the U.S. Trustee at the time of the Hearing* filed by U.S. Trustee United States Trustee (SA)) Filed by Debtor Mega Development Group LLC (Le, James) (Entered: 07/11/2017) |
| 07/14/2017 | 34<br>(23 pgs) | Declaration re: *Declaration of Marilyn S. Sorensen in Further Support of U.S. Trustee's Motion to Dismiss or Convert Case Pursuant to 11 U.S.C. Section 1112(b) amd Exhibits* Filed by U.S. Trustee United States Trustee (SA) (RE: related document(s)22 U.S. Trustee Motion to dismiss or convert *Case to One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112; and Request for Judgment For Quarterly Fees Due and Payable to the U.S. Trustee at the time of the Hearing*). (Goldenberg, Nancy) (Entered: 07/14/2017) |
| 07/18/2017 | 35<br>(5 pgs) | Small Business Monthly Operating Report for Filing Period July 2017 Filed by Debtor Mega Development Group LLC . (Le, James) (Entered: 07/19/2017) |
| 07/20/2017 | 36<br>(5 pgs) | Small Business Monthly Operating Report for Filing Period April 2017 Filed by Debtor Mega Development Group LLC . (Le, James) (Entered: 07/21/2017) |
| 07/24/2017 | 38 | Hearing Continued (RE: related document(s)22 Hearing RE: Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 U.S.C. Section 1112(b); And, Request For Judgment For Quarterly Fees Due And Payable To The U.S. Trustee At The Time Of The Hearing filed by U.S. Trustee United States Trustee (SA)) HEARING CONTINUED TO 8/2/2017 at 09:00 AM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Le, James) (Entered: 07/26/2017) |
| 07/25/2017 | 37<br>(2 pgs) | Order Continuing Hearing On Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 U.S.C. Section 1112(b) To August 2, 2017 at 9:00 a.m. in Courtroom 6C, located at 411 West Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # doc ) Signed on 7/25/2017 (Bolte, Nickie) (Entered: 07/25/2017) |
| 07/27/2017 | 39<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)37 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 2. Notice Date 07/27/2017. (Admin.) (Entered: 07/27/2017) |
| 07/27/2017 | 40<br>(99 pgs) | Chapter 11 Original Plan Filed by Debtor Mega Development Group LLC . (Le, James) (Entered: 07/28/2017) |
| 07/27/2017 | 41<br>(8 pgs) | Chapter 11 Plan of Reorganization Filed by Debtor Mega Development Group LLC . (Le, James) (Entered: 07/28/2017) |
| 07/27/2017 | 42<br>(6 pgs) | Chapter 11 Disclosure Statement Filed by Debtor Mega Development Group LLC . (Le, James) (Entered: 07/28/2017) |
| 07/28/2017 | 43<br>(39 pgs) | Status report *filed by Secured Creditor* Filed by Creditor Morris M Zagha and Rachel A Zagha, Trustees of the Zagha Trust Dated October 12, 2004 and Ivan J Kass and Marcia A Kass, Trustees of that certain declaration of trust dated November 15, 2005; Ed Kass, (RE: related document(s)10 Order (Generic) (BNC-PDF), 28 Hearing (Bk Other) Continued). (Bach, Julian) (Entered: 07/28/2017) |
| 07/31/2017 | 44 | Application of Mega Development Group LLC, Debtor in Possession for an |

| | | |
|---|---|---|
| | (10 pgs) | Order Allowing Debtor in Possession to Obtain a Loan Secured by a Second Trust Deed on the Dana Point Property, Which Would Allow Debtor to Bring the First Current and Pay Off All Other Creditors Filed by Debtor Mega Development Group LLC (Le, James) (Entered: 08/01/2017) |
| 07/31/2017 | 45<br>(7 pgs) | Amended Small Business Monthly Operating Report for Filing Period April 2017 Filed by Debtor Mega Development Group LLC . (Le, James) (Entered: 08/01/2017) |
| 07/31/2017 | 46<br>(6 pgs) | Amended Small Business Monthly Operating Report for Filing Period July 2017 Filed by Debtor Mega Development Group LLC . (Le, James) (Entered: 08/01/2017) |
| 07/31/2017 | 47 | Hearing Set (RE: related document(s)44 Application Of Mega Development Group LLC, Debtor-In-Possession For An Order Allowing Debtor In Possession To Obtain A Loan Secured By A Second Trust Deed On The Dana Point Property, Which Would Allow Debtor To Bring The First Current And Pay Off All Other Creditors - filed by Debtor Mega Development Group LLC) The Hearing date is set for 8/28/2017 at 02:00 PM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Bolte, Nickie) (Entered: 08/01/2017) |
| 08/02/2017 | 50 | Hearing Continued (RE: related document(s)1 CONT'D STATUS CONFERENCE Hearing RE: (1) Status Of Chapter 11 Case; And (2) Requiring Report On Status Of Chapter 11 Case filed by Debtor Mega Development Group LLC) NEXT STATUS CONFERENCE IS 9/27/2017 at 09:00 AM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. UPDATED STATUS REPORT DUE: SEPTEMBER 20, 2017. PLAN TO BE CONFIRMED BEFORE: NOVEMBER 30, 2017. (Le, James) (Entered: 08/08/2017) |
| 08/02/2017 | 51 | Hearing Continued (RE: related document(s)22 CONT'D Hearing RE: Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 U.S.C. Section 1112(b); And, Request For Judgment For Quarterly Fees Due And Payable To The U.S. Trustee At The Time Of The Hearing filed by U.S. Trustee United States Trustee (SA)) HEARING CONTINUED TO 8/28/2017 at 09:00 AM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Le, James) (Entered: 08/08/2017) |
| 08/03/2017 | 48<br>(1 pg) | Order Continuing Hearing On Motion By U.S. Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 To August 28, 2017 at 9:00 a.m. in Courtroom 6C, located at 411 West Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # 22 ) Signed on 8/3/2017 (Bolte, Nickie) (Entered: 08/03/2017) |
| 08/05/2017 | 49<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)48 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 2. Notice Date 08/05/2017. (Admin.) (Entered: 08/05/2017) |
| 08/21/2017 | 52<br>(1 pg) | Order Continuing Status Conference - Continue to September 27, 2017 at 9:00 a.m. (BNC-PDF) (Related Doc # doc ) Signed on 8/21/2017 (Mccall, Audrey) (Entered: 08/21/2017) |
| 08/23/2017 | 53<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)52 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 2. Notice |

| | | |
|---|---|---|
| | | Date 08/23/2017. (Admin.) (Entered: 08/23/2017) |
| 08/28/2017 | 54 | Hearing Continued (RE: related document(s)22 CONT'D Hearing RE: Motion By United States Trustee To Dismiss Case Or Convert Case To One Under Chapter 7 Pursuant To 11 U.S.C. Section 1112(b); And, Request For Judgment For Quarterly Fees Due And Payable To The U.S. Trustee At The Time Of The Hearing filed by U.S. Trustee United States Trustee (SA)) HEARING CONTINUED TO 9/18/2017 at 02:00 PM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Le, James) (Entered: 09/05/2017) |
| 08/28/2017 | 55 | Hearing Held(RE: related document(s)44 Hearing RE: Application Of Mega Development Group LLC, Debtor- In- Possession For An Order Allowing Debtor-In-Possession To Obtain A Loan Secured By A Second Trust Deed On The Dana Point Property, Which Would Allow Debtor To Bring The First Current And Pay Off All Other Creditors filed by Debtor Mega Development Group LLC) MOTION GRANTED AND SET STATUS CONFERENCE FOR 9/18/2017 at 02:00 PM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Le, James) (Entered: 09/05/2017) |
| 09/13/2017 | 56 (1 pg) | Order Granting Application Of Mega Development Group LLC To Obtain Loan Secured By Property And Setting Status Conference For September 18, 2017 at 2:00 p.m. in Courtroom 6C, located at 411 West Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # 44 ) Signed on 9/13/2017 (Bolte, Nickie) (Entered: 09/13/2017) |
| 09/13/2017 | 57 (1 pg) | Order Continuing Hearing On Motion By United States Trustee To Dismiss Or Convert Case To Chapter 7 And Request For Judgment For Quarterly Fees To September 18, 2017 at 2:00 p.m. in Courtroom 6C, located at 411 West Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # 22 ) Signed on 9/13/2017 (Bolte, Nickie) (Entered: 09/13/2017) |
| 09/15/2017 | 58 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)56 Order on Generic Motion (BNC-PDF)) No. of Notices: 2. Notice Date 09/15/2017. (Admin.) (Entered: 09/15/2017) |
| 09/15/2017 | 59 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)57 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 2. Notice Date 09/15/2017. (Admin.) (Entered: 09/15/2017) |
| 09/15/2017 | 60 (12 pgs) | Chapter 11 Status Conference Report Filed by Debtor Mega Development Group LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Mccall, Audrey) (Entered: 09/18/2017) |
| 09/15/2017 | 61 (2 pgs) | Class Ballot for Accepting or Rejecting Plan of Reorganization Filed by Debtor Mega Development Group LLC . (Mccall, Audrey) (Entered: 09/18/2017) |
| 09/15/2017 | 62 (9 pgs) | Small Business Monthly Operating Report for Filing Period August 2017 Filed by Debtor Mega Development Group LLC . (Mccall, Audrey) (Entered: 09/18/2017) |
| 09/15/2017 | 63 (100 pgs; 2 docs) | Disclosure Statement and Plan Confirmation hearing Filed by Debtor Mega Development Group LLC . (Attachments: # 1 PART 2 OF 2)(Mccall, Audrey) (Entered: 09/18/2017) |

| | | |
|---|---|---|
| 09/18/2017 | 64 | Hearing Set (RE: related document(s)63 Disclosure Statement filed by Debtor Mega Development Group LLC) Confirmation hearing to be held on 11/29/2017 at 02:00 PM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Mccall, Audrey) (Entered: 09/18/2017) |
| 09/18/2017 | 66 | Hearing Held (RE: related document(s)22 U.S. Trustee Motion to dismiss or convert filed by U.S. Trustee United States Trustee (SA)) - Grant - Convert to Chapter 7 (Daniels, Sally) (Entered: 09/20/2017) |
| 09/19/2017 | 65 (4 pgs) | Notice of lodgment *Re: Order Converting Case to a Chapter 7* Filed by U.S. Trustee United States Trustee (SA) (RE: related document(s)22 U.S. Trustee Motion to dismiss or convert *Case to One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112; and Request for Judgment For Quarterly Fees Due and Payable to the U.S. Trustee at the time of the Hearing* Filed by U.S. Trustee United States Trustee (SA).). (Goldenberg, Nancy) (Entered: 09/19/2017) |
| 09/25/2017 | 67 (2 pgs) | Order Converting Case To A Case Under Chapter 7 (BNC-PDF). Signed on 9/25/2017 (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Mega Development Group LLC, (Bolte, Nickie) (Entered: 09/25/2017) |
| 09/27/2017 | 68 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 11/2/2017 at 10:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Corona, Heidi) (Entered: 09/27/2017) |
| 09/27/2017 | 69 (1 pg) | Notice of appointment and acceptance of trustee *and fixing of bond* Filed by Trustee Weneta M Kosmala (TR). (Kosmala (TR), Weneta) (Entered: 09/27/2017) |
| 09/27/2017 | 70 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)67 Order Converting Case to Chapter 7 (BNC-PDF)) No. of Notices: 2. Notice Date 09/27/2017. (Admin.) (Entered: 09/27/2017) |
| 09/27/2017 | 72 | Hearing Held (RE: related document(s) CONT'D STATUS CONFERENCE Hearing RE: (1) Status Of Chapter 11 Case; And (2) Requiring Report On Status Of Chapter 11 Case)OFF CALENDAR - ORDER CONVERTING CASE TO A CASE UNDER CHAPTER 7 ENTERED 9-25-17 - (Docket No. 67) (Le, James) (Entered: 10/02/2017) |
| 09/29/2017 | 71 (3 pgs) | BNC Certificate of Notice (RE: related document(s)68 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 6. Notice Date 09/29/2017. (Admin.) (Entered: 09/29/2017) |
| 10/25/2017 | 73 (19 pgs) | Motion for Reconsideration of Court Order to Convert Case to Chapter 7 Pursuant to Federal Rules 60 and Rule 9024 (related documents 67 Order Converting Case to Chapter 7 (BNC-PDF)) Filed by Debtor Mega Development Group LLC (Le, James) (Entered: 10/26/2017) |
| 10/25/2017 | 74 | Hearing Set (RE: related document(s)73 Motion For Reconsideration Of Court Order To Convert Case To Chapter 7 Pursuant To Federal Rules 60 And Rule 9024 - filed by Debtor Mega Development Group LLC) The Hearing date is set for 12/4/2017 at 02:00 PM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Bolte, Nickie) (Entered: 10/26/2017) |
| 11/06/2017 | 75 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 11/16/2017 at 10:02 AM at RM 3-110, |

| | | |
|---|---|---|
| | | 411 W Fourth St., Santa Ana, CA 92701. Debtor absent. (Kosmala (TR), Weneta) (Entered: 11/06/2017) |
| 11/07/2017 | [76](#) (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s) 75 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Kosmala (TR), Weneta) (Entered: 11/07/2017) |
| 11/16/2017 | 77 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 12/7/2017 at 10:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Kosmala (TR), Weneta) (Entered: 11/16/2017) |
| 11/17/2017 | [78](#) (38 pgs) | Application to Employ Lobel Weiland Golden Friedman LLP as Counsel to Chapter 7 Trustee Filed by Trustee Weneta M Kosmala (TR) (Bello, Reem) (Entered: 11/17/2017) |
| 11/17/2017 | [79](#) (5 pgs) | Notice of motion/application *Notice of Application of the Chapter 7 Trustee to Employ Counsel (Lobel Weiland Golden Friedman LLP) Pursuant to 11 U.S.C. §§ 327 and 330 (with Proof of Service)* Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s)78 Application to Employ Lobel Weiland Golden Friedman LLP as Counsel to Chapter 7 Trustee Filed by Trustee Weneta M Kosmala (TR)). (Bello, Reem) (Entered: 11/17/2017) |
| 11/20/2017 | [80](#) (49 pgs) | Response to (related document(s): [73](#) Motion to Reconsider (related documents [67](#) Order Converting Case to Chapter 7 (BNC-PDF)) filed by Debtor Mega Development Group LLC) Filed by Creditor Morris M Zagha and Rachel A Zagha, Trustees of the Zagha Trust Dated October 12, 2004 and Ivan J Kass and Marcia A Kass, Trustees of that certain declaration of trust dated November 15, 2005; Ed Kass, (Bach, Julian) (Entered: 11/20/2017) |
| 11/20/2017 | [81](#) (72 pgs) | Opposition to (related document(s): [73](#) Motion to Reconsider (related documents [67](#) Order Converting Case to Chapter 7 (BNC-PDF)) filed by Debtor Mega Development Group LLC) *Opposition to Debtor's Motion for Reconsideration of Court Order to Convert Case to Chapter 7 Pursuant to Federal Rules 60 and Rule 9024; Declarations of Weneta M.A. Kosmala and Clarence Yoshikane in Support Thereof With Proof of Service* Filed by Trustee Weneta M Kosmala (TR) (Bello, Reem) (Entered: 11/20/2017) |
| 11/22/2017 | [82](#) (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s) 77 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Kosmala (TR), Weneta) (Entered: 11/22/2017) |
| 11/27/2017 | [83](#) (33 pgs) | Motion for Turnover of Property *Chapter 7 Trustee's Motion for Order Compelling Debtor to: (1) Cooperate with the Trustee Pursuant to 11 U.S.C. § 521; (2) Turn Over Property of the Estate Pursuant to 11 U.S.C. §542; and (3) Attend the Meeting of Creditors Pursuant to §341(a); Memorandum of Points and Authorities; and Declarations of Weneta M.A. Kosmala, Clarence Yoshikane and Reem J. Bello in Support Thereof (with Proof of Service)* Filed by Trustee Weneta M Kosmala (TR) (Bello, Reem) (Entered: 11/27/2017) |
| 11/27/2017 | [84](#) (4 pgs) | Notice of Hearing *on Chapter 7 Trustee's Motion for Order Compelling Debtor to: (1) Cooperate with the Trustee Pursuant to 11 U.S.C. § 521; (2) Turn Over Property of the Estate Pursuant to 11 U.S.C. §542; and (3) Attend the Meeting of* |

| | | |
|---|---|---|
| | | *Creditors Pursuant to §341(a) (with Proof of Service)* Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s)83 Motion for Turnover of Property *Chapter 7 Trustee's Motion for Order Compelling Debtor to: (1) Cooperate with the Trustee Pursuant to 11 U.S.C. § 521; (2) Turn Over Property of the Estate Pursuant to 11 U.S.C. §542; and (3) Attend the Meeting of Creditors Pursuant to §341(a); Memorandum of Points and Authorities; and Declarations of Weneta M.A. Kosmala, Clarence Yoshikane and Reem J. Bello in Support Thereof (with Proof of Service)* Filed by Trustee Weneta M Kosmala (TR)). (Bello, Reem) (Entered: 11/27/2017) |
| 11/27/2017 | 85 | Hearing Set (RE: related document(s)83 Chapter 7 Trustee's Motion For Order Compelling Debtor To: (1) Cooperate With The Trustee Pursuant To 11 U.S.C. Section 521; (2) Turn Over Property Of The Estate Pursuant To 11 U.S.C. Section 542; And (3) Attend The Meeting Of Creditors Pursuant To 11 U.S.C. Section 341(a) - filed by Trustee Weneta M Kosmala (TR)) The Hearing date is set for 12/18/2017 at 02:00 PM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Bolte, Nickie) (Entered: 11/28/2017) |
| 11/29/2017 | 86 (23 pgs) | Response to Opposition to Motion for Reconsideration of Court Order to Convert Case to Chapter 7 Pursuant to Federal Rules 60 and Rule 9024 (related document(s): 81Opposition to 73 Motion to Reconsider (related documents 67 Order Converting Case to Chapter 7 (BNC-PDF)) filed by Debtor Mega Development Group LLC) Filed by Debtor Mega Development Group LLC (Le, James) (Entered: 11/30/2017) |
| 11/29/2017 | 87 | Hearing Held (RE: related document(s)63 Hearing RE: Disclosure Statement and Plan Confirmation Hearing) OFF CALENDAR - ORDER CONVERTING CASE TO CHAPTER 7 ENTERED 9/25/17 - (Docket No. 67) (Le, James) (Entered: 11/30/2017) |
| 11/29/2017 | 96 | Hearing Held (RE: related document(s)63 Hearing RE: Disclosure Statement and Plan Confirmation Hearing) OFF CALENDAR - ORDER CONVERTING CASE TO CHAPTER 7 ENTERED 9/25/17 - (Docket No. 67) (Le, James) (Entered: 12/13/2017) |
| 12/04/2017 | 88 | Hearing Held (RE: related document(s)73 Hearing RE: Motion For Reconsideration Of Court Order To Convert Case To Chapter 7 Pursuant To Federal Rules 60 And Rule 9024 filed by Debtor Mega Development Group LLC) MOTION DENIED WITH PREJUDICE (Le, James) (Entered: 12/05/2017) |
| 12/04/2017 | 95 | Hearing Held (RE: related document(s)73 Hearing RE: Motion For Reconsideration Of Court Order To Convert Case To Chapter 7 Pursuant To Federal Rules 60 And Rule 9024 ) MOTION DENIED WITH PREJUDICE (Le, James) (Entered: 12/13/2017) |
| 12/07/2017 | 89 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/11/2018 at 10:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Kosmala (TR), Weneta) (Entered: 12/07/2017) |
| 12/07/2017 | 90 (3 pgs) | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel. (Official Form 417A) . Fee Amount $298 Filed by Debtor Mega Development Group LLC (RE: related document(s) 88 Hearing Held (Bk Motion)). Appellant Designation due by 12/21/2017. [ORDER NOT ENTERED AS OF 12/7/17] |

| | | |
|---|---|---|
| | | (Bolte, Nickie) (Entered: 12/07/2017) |
| 12/07/2017 | 91 (1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reasons: Does Not Include The Title Of Order, Judgment, Or Decree; Does Not Include The Entered Date Of Order, Judgment, Or Decree; And Does Not Include Entered Stamped Copy Of Order, Judgment, Or Decree; (RE: related document(s)90 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Mega Development Group LLC) (Bolte, Nickie) (Entered: 12/07/2017) |
| 12/07/2017 | 92 (16 pgs; 5 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s)90 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Mega Development Group LLC) (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Notice of Transcript(s) Designated for an Appeal # 3 Transcript Order Form # 4 Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit) (Bolte, Nickie) (Entered: 12/07/2017) |
| 12/07/2017 | | Receipt of Appeal Filing Fee - $293.00 by 16. Receipt Number 80070395. (admin) (Entered: 12/07/2017) |
| 12/07/2017 | | Receipt of Noticing Fee - $5.00 by 16. Receipt Number 80070395. (admin) (Entered: 12/07/2017) |
| 12/07/2017 | | Receipt of Photocopies Fee - $2.00 by 16. Receipt Number 80070395. (admin) (Entered: 12/07/2017) |
| 12/11/2017 | | Receipt of Certification Fee - $11.00 by 08. Receipt Number 80070404. (admin) (Entered: 12/11/2017) |
| 12/11/2017 | | Receipt of Photocopies Fee - $2.50 by 08. Receipt Number 80070404. (admin) (Entered: 12/11/2017) |
| 12/12/2017 | 93 (47 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *With Proof of Service* Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s)78 Application to Employ Lobel Weiland Golden Friedman LLP as Counsel to Chapter 7 Trustee ). (Bello, Reem) (Entered: 12/12/2017) |
| 12/13/2017 | 94 (4 pgs) | Declaration re: *of Clarence Yoshikane in Support of Chapter 7 Trustee's Motion for Order Compelling Debtor to: (1) Cooperate with the Trustee Pursuant to 11 U.S.C. § 521; (2) Turn Over Property of the Estate Pursuant to 11 U.S.C. §542; and (3) Attend the Meeting of Creditors Pursuant to §341(a) With Proof of Service* Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s)83 Motion for Turnover of Property *Chapter 7 Trustee's Motion for Order Compelling Debtor to: (1) Cooperate with the Trustee Pursuant to 11 U.S.C. § 521; (2) Turn Over Property of the Estate Pursuant to 11 U.S.C. §542; and (3) Attend the)*. (Bello, Reem) (Entered: 12/13/2017) |
| 12/14/2017 | 97 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s) 89 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Kosmala (TR), Weneta) (Entered: 12/14/2017) |
| 12/15/2017 | 98 (4 pgs) | Supplemental *Declaration of Clarence Yoshikane in Support of Chapter 7 Trustee's Motion for Order Compelling Debtor to: (1) Cooperate with the Trustee Pursuant to 11 U.S.C. § 521; (2) Turn Over Property of the Estate Pursuant to 11 U.S.C. § 542;* |

| | | |
|---|---|---|
| | | and (3) Attend the Meeting of Creditors Pursuant to 11 U.S.C. § 341(a) (with Proof of Service) Filed by Trustee Weneta M Kosmala (TR). (Bello, Reem). Related document(s) 83 Motion for Turnover of Property *Chapter 7 Trustee's Motion for Order Compelling Debtor to: (1) Cooperate with the Trustee Pursuant to 11 U.S.C. § 521; (2) Turn Over Property of the Estate Pursuant to 11 U.S.C. §542; and (3) Attend the* filed by Trustee Weneta M Kosmala (TR). Modified on 12/15/2017 (Le, James). Warning: Item subsequently amended by docket entry no: 99 Modified on 12/15/2017 (Le, James). (Entered: 12/15/2017) |
| 12/15/2017 | 99 | Notice to Filer of Error and/or Deficient Document **Document filed without Clarence Yoshikane's holographic signature. For assistance, please refer to ECF Help Desk (213) 894-2365. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)98 Supplemental filed by Trustee Weneta M Kosmala (TR)) (Le, James) (Entered: 12/15/2017) |
| 12/18/2017 | 100 (3 pgs) | Supplemental *Declaration of Clarence Yoshikane in Support of Chapter 7 Trustee's Motion for Order Compelling Debtor to: (1) Cooperate with the Trustee Pursuant to 11 U.S.C. § 521; (2) Turn Over Property of the Estate Pursuant to 11 U.S.C. § 542; and (3) Attend the Meeting of Creditors Pursuant to 11 U.S.C. § 341(a) (with Proof of Service)* Filed by Trustee Weneta M Kosmala (TR). (Bello, Reem) (Entered: 12/18/2017) |
| 12/18/2017 | 101 | Hearing Held (RE: related document(s)83 Hearing RE: Chapter 7 Trustee's Motion For Order Compelling Debtor To: (1) Cooperate With The Trustee Pursuant To 11 U.S.C. Section 521; (2) Turn Over Property Of The Estate Pursuant To 11 U.S.C. Section 542; And (3) Attend The Meeting Of Creditors Pursuant To Section 341(a) filed by Trustee Weneta M Kosmala (TR)) MOTION GRANTED (Le, James) (Entered: 12/20/2017) |
| 12/21/2017 | 102 (2 pgs) | Order Granting Application of the Chapter 7 Trustee to Employ Counsel Lobel Weiland Golden Friedman LLP (BNC-PDF) (Related Doc # 78) Signed on 12/21/2017. (Mccall, Audrey) (Entered: 12/21/2017) |
| 12/23/2017 | 103 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)102 Order on Application to Employ (BNC-PDF)) No. of Notices: 3. Notice Date 12/23/2017. (Admin.) (Entered: 12/23/2017) |
| 01/09/2018 | 104 (2 pgs) | Order Denying With Prejudice Debtor's Motion For Reconsideration Of Court Order To Convert Case To Chapter 7 Pursuant To Federal Rules 60 And Rule 9024. (BNC-PDF) (Related Doc # 73) Signed on 1/9/2018. (Bolte, Nickie) (Entered: 01/09/2018) |
| 01/11/2018 | 105 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)104 Order on Motion To Reconsider (BNC-PDF)) No. of Notices: 3. Notice Date 01/11/2018. (Admin.) (Entered: 01/11/2018) |
| 01/12/2018 | 106 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 2/15/2018 at 10:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Kosmala (TR), Weneta) (Entered: 01/12/2018) |
| 01/18/2018 | 107 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s) 106 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Kosmala (TR), Weneta) (Entered: 01/18/2018) |
| 01/18/2018 | 108 (2 pgs) | Opening Letter - Notice of acknowledgement from United States Bankruptcy Appellate Panel of the Ninth Circuit of Notice of Appeal and Assignment of BAP Case |

| | | |
|---|---|---|
| | | No. CC-17-1360 (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 12/19/17) (RE: related document(s)90 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Mega Development Group LLC) (Bolte, Nickie) (Entered: 01/18/2018) |
| 01/18/2018 | 109 (1 pg) | Notice RE: The Bankruptcy Appellate Panel has received and docketed the notice of appeal (RE: BAP Case No. CC-17-1360) - (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 12/19/17) (RE: related document(s)90 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Mega Development Group LLC) (Bolte, Nickie) (Entered: 01/18/2018) |
| 01/18/2018 | 110 (1 pg) | Document RE: Appeal - Corporate Parent Disclosure Statement - RE: BAP Case No. CC-17-1360 (filed at United States Bankruptcy Appellate Panel on 12/19/17) (RE: related document(s)90 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Mega Development Group LLC) (Bolte, Nickie) (Entered: 01/18/2018) |
| 01/18/2018 | 111 (3 pgs) | Document RE: Appeal - Briefing Order - RE: BAP Case No. CC-17-1360 (filed at Untied States Bankruptcy Appellate Panel on 12/19/17) (RE: related document(s)90 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Mega Development Group LLC) (Bolte, Nickie) (Entered: 01/18/2018) |
| 01/18/2018 | 112 (7 pgs) | Document RE: Appeal - Administrative Order Regarding Electronic Filing In BAP Cases - RE: BAP Case No. 17-1360 - (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 12/19/17) (RE: related document(s)90 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Mega Development Group LLC) (Bolte, Nickie) (Entered: 01/18/2018) |
| 01/18/2018 | 113 (14 pgs) | Document RE: Appeal - Rules of the United States Bankruptcy Appellate Panel of the Ninth Circuit - RE: BAP Case No. 17-1360 (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 12/19/17) (RE: related document(s)90 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Mega Development Group LLC) (Bolte, Nickie) (Entered: 01/18/2018) |
| 01/18/2018 | | Receipt of Certification Fee - $11.00 by 02. Receipt Number 80070607. (admin) (Entered: 01/18/2018) |
| 01/18/2018 | | Receipt of Photocopies Fee - $2.50 by 02. Receipt Number 80070607. (admin) (Entered: 01/18/2018) |
| 01/19/2018 | 114 (3 pgs) | Order Granting Chapter 7 Trustee's Motion For Order Compelling Debtor To: (1) Cooperate with the Trustee Pursuant to 11 U.S.C. Section 521; (2) Turn Over Property of the Estate Pursuant to 11 U.S.C. Section 542; and (3) Attend the Meeting of Creditors Pursuant to 11 U.S.C. Section 341. (BNC-PDF) (Related Doc # 83 ) Signed on 1/19/2018 (Bolte, Nickie) (Entered: 01/19/2018) |
| 01/21/2018 | 115 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)114 Order on Motion for Turnover of Property (BNC-PDF)) No. of Notices: 3. Notice Date 01/21/2018. (Admin.) (Entered: 01/21/2018) |
| 01/26/2018 | 116 (3 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) *with proof of service* Filed by Trustee Weneta M Kosmala (TR). Proofs of Claims due by 5/1/2018. Government Proof of Claim due by 3/26/2018. (Kosmala (TR), Weneta) (Entered: 01/26/2018) |

| | | |
|---|---|---|
| 01/28/2018 | 117 (2 pgs) | BNC Certificate of Notice (RE: related document(s)116 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Weneta M Kosmala (TR)) No. of Notices: 7. Notice Date 01/28/2018. (Admin.) (Entered: 01/29/2018) |
| 02/07/2018 | 118 (1 pg) | BAP Order Of Dismissal of appeal Re: Appeal BAP Number: CC-17-1360, (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 1/24/18) (RE: related document(s)90 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Mega Development Group LLC). (Bolte, Nickie) (Entered: 02/07/2018) |
| 02/15/2018 | 119 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 3/22/2018 at 10:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Kosmala (TR), Weneta) (Entered: 02/15/2018) |
| 02/20/2018 | 120 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s) 119 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Kosmala (TR), Weneta) (Entered: 02/20/2018) |
| 03/14/2018 | 121 (1 pg) | Mandate on appeals - Order Of Dismissal Re: Appeal BAP Number: CC-17-1360 - (filed at United States Bankruptcy Appellate Panel Of The Ninth Circuit On 1/24/18) (Bolte, Nickie) (Entered: 03/14/2018) |
| 03/30/2018 | 122 (4 pgs) | Notice of Change of Address *or Law Firm With Proof of Service* Filed by Trustee Weneta M Kosmala (TR). (Bello, Reem) (Entered: 03/30/2018) |
| 03/30/2018 | 123 (25 pgs) | Application to Employ Hom/Sotheby's International Realty and Agent Clarence Yoshikane as Real Estate Broker *Pursuant to 11 U.S.C. Sections 327 and 328; Declarations of Weneta M.A. Kosmala and Clarence Yoshikane in Support With Proof of Service* Filed by Trustee Weneta M Kosmala (TR) (Bello, Reem) (Entered: 03/30/2018) |
| 03/30/2018 | 124 (5 pgs) | Notice of motion/application *With Proof of Service* Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s)123 Application to Employ Hom/Sotheby's International Realty and Agent Clarence Yoshikane as Real Estate Broker *Pursuant to 11 U.S.C. Sections 327 and 328; Declarations of Weneta M.A. Kosmala and Clarence Yoshikane in Support With Proof of Service* Filed by Trustee Weneta M Kosmala (TR)). (Bello, Reem) (Entered: 03/30/2018) |
| 03/30/2018 | 125 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 5/31/2018 at 10:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Debtor absent. (Kosmala (TR), Weneta) (Entered: 03/30/2018) |
| 04/02/2018 | 126 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s) 125 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings)). (Kosmala (TR), Weneta) (Entered: 04/02/2018) |
| 04/17/2018 | 127 (33 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s)123 Application to Employ Hom/Sotheby's International Realty and Agent Clarence Yoshikane as Real Estate Broker *Pursuant to 11 U.S.C. Sections 327 and 328; Declarations of Weneta M.A. Kosmala and Clarence Yoshikane in Support With Proof of Service* |

| | | |
|---|---|---|
| 04/23/2018 | [128](#) (2 pgs) | Order Approving Application Of The Chapter 7 Trustee To Employ Real Estate Broker (HOM / Sotheby's International Realty) and Agent Clarence Yoshikane Pursuant To 11 U.S.C. Sections 327 And 328 (BNC-PDF) (Related Doc # [123](#)) Signed on 4/23/2018. (Bolte, Nickie) (Entered: 04/23/2018) |
| 04/25/2018 | [129](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[128](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 3. Notice Date 04/25/2018. (Admin.) (Entered: 04/25/2018) |
| 06/15/2018 | 130 | Meeting of Creditors Held and Concluded (Chapter 7 Asset) Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s) 119 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 3/22/2018 at 10:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. (Kosmala (TR), Weneta)). (Kosmala (TR), Weneta) (Entered: 06/15/2018) |
| 08/09/2018 | [131](#) (3 pgs) | Notice of Change of Address For Attorney Grey M. Mortensen Filed by Debtor Mega Development Group LLC . (Bolte, Nickie) (Entered: 08/10/2018) |
| 10/29/2018 | [132](#) (68 pgs) | Motion For Sale of Property of the Estate under Section 363(b) - No Fee *Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. Sections 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. Section 363(m); (4) Authorizing Payment of Undisputed Liens, Real Estate Broker's Commissions and Other Ordinary Costs of Sale; and (5) Directing all Occupants of the Property to Vacate and Remove their Possessions; Memorandum of Points and Authorities; Declarations of Weneta M.A. Kosmala, Clarence Yoshikane, Morris M. Zagha, and David Buskirk in Support With Proof of Service* Filed by Trustee Weneta M Kosmala (TR) (Bello, Reem) (Entered: 10/29/2018) |
| 10/29/2018 | [133](#) (10 pgs) | Notice of Hearing *on Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. Sections 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. Section 363(m); (4) Authorizing Payment of Undisputed Liens, Real Estate Broker's Commissions and Other Ordinary Costs of Sale; and (5) Directing all Occupants of the Property to Vacate and Remove their Possessions With Proof of Service* Filed by Trustee Weneta M Kosmala (TR) (RE: related document(s)[132](#) Motion For Sale of Property of the Estate under Section 363(b) - No Fee *Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. Sections 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. Section 363(m); (4) Authorizing Payment of Undisputed Liens, Real Estate Broker's Commissions and Other Ordinary Costs of Sale; and (5) Directing all Occupants of the Property to Vacate and Remove their Possessions; Memorandum of Points and Authorities; Declarations of Weneta M.A. Kosmala, Clarence Yoshikane, Morris M. Zagha, and David Buskirk in Support With Proof of Service* Filed by Trustee Weneta M Kosmala (TR)). (Bello, Reem) (Entered: 10/29/2018) |
| 10/29/2018 | [134](#) (18 pgs) | Notice of sale of estate property (LBR 6004-2) 33932 Valencia Place, Dana Point, CA 92629 Filed by Trustee Weneta M Kosmala (TR). (Bello, Reem) (Entered: 10/29/2018) |
| 10/29/2018 | 135 | Hearing Set (RE: related document(s)[132](#) Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens, Claims, And Interests |

| | | |
|---|---|---|
| | | Pursuant To 11 U.S.C. Sections 363(b) And (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, And Bank-Up Bidder As Good-Faith Purchaser Pursuant To 11 U.S.C. Section 363(m); (4) Authorizing Payment Of Undisputed Liens, Real Estate Broker's Commissions And Other Ordinary Costs Of Sale; And (5) Directing All Occupants Of The Property To Vacate And Remove Their Possessions - No Fee filed by Trustee Weneta M Kosmala (TR)) The Hearing date is set for 11/19/2018 at 02:00 PM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Bolte, Nickie) (Entered: 10/30/2018) |
| 11/14/2018 | 136 (28 pgs) | Motion To Continue Hearing Pursuant To Federal Rule 9014 - (related documents 132 Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens, Claims, And Interests Pursuant To 11 U.S.C. Sections 363(b) And (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, And Back-Up Bidder As Good-Faith Purchaser Pursuant To 11 U.S.C. Section 363(m); (4) Authorizing Payment Of Undisputed Liens, Real Estate Broker's Commissions And Other Ordinary Costs Of Sale; And (5) Directing All Occupants Of The Property To Vacate And Remove Their Possessions - No Fee) Filed by Debtor Mega Development Group LLC (Bolte, Nickie) (Entered: 11/15/2018) |
| 11/15/2018 | 137 (41 pgs) | Opposition to (related document(s): 136 Motion to Continue Hearing On (related documents 132 Motion to Sale of Property of the Estate under Section 363(b) - No Fee) filed by Debtor Mega Development Group LLC) *Chapter 7 Trustee's Opposition to Debtor's Motion to Continue Hearing on Electronic Mail Notice List The following is the list of parties who are currently on the list to receive email notice/service for this case. Julian K Bach Julian@Jbachlaw.com, julianbach@sbcglobal.net Reem J Bello rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com Nancy S Goldenberg nancy.goldenberg@usdoj.gov Weneta M Kosmala (TR) ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov Manual Notice List With Proof Service* Filed by Trustee Weneta M Kosmala (TR) (Bello, Reem) (Entered: 11/15/2018) |
| 11/16/2018 | 138 (1 pg) | Order Continuing Hearing. IT IS ORDERED: The Court continues the November 19, 2018 hearing on the Chapter 7 Trustee's Motion for Order Authorizing Sale of Real Property, etc., to November 26, 2018 at 2:00 p.m. in Courtroom 6C, 411 West 4th Street, Santa Ana, 92701. (BNC-PDF) (Related Doc # 132 ) Signed on 11/16/2018 (Bolte, Nickie) (Entered: 11/16/2018) |
| 11/16/2018 | 140 (41 pgs) | Response to Opposition Filed Against Motion to Continue Hearing (related document(s): 136 Motion to Continue Hearing On (related documents 132 Motion to Sale of Property of the Estate under Section 363(b) - No Fee) filed by Debtor Mega Development Group LLC); Filed by Debtor Mega Development Group LLC (Daniels, Sally) (Entered: 11/19/2018) |
| 11/18/2018 | 139 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)138 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 3. Notice Date 11/18/2018. (Admin.) (Entered: 11/18/2018) |
| 11/19/2018 | 141 | Hearing Continued (RE: related document(s)132 Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens, Claims, And Interests Pursuant To 11 U.S.C. Sections 363(b) And (f);(2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, And Back-Up Bidder As Good-Faith Purchaser Pursuant To 11 U.S.C. Section 363(m);(4) Authorizing Payment Of |

| | | |
|---|---|---|
| | | Undisputed Liens, Real Estate Broker's Commissions And Other Ordinary Costs Of Sale; And (5) Directing All Occupants Of The Property To Vacate And Remove Their Possessions - No Fee filed by Trustee Weneta M Kosmala (TR)) HEARING ON THE MOTION IS CONTINUED TO NOVEMBER 26, 2018 AT 2:00 P.M. IN COURTROOM 6C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701, PER ORDER CONTINUING HEARING ENTERED 11-16-18 - (DOCKET NO. 132). The case judge is Mark S Wallace (Bolte, Nickie) (Entered: 11/19/2018) |
| 11/20/2018 | 142 (7 pgs) | Objection (related document(s): 132 Motion For Sale of Property of the Estate under Section 363(b) - No Fee *Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. Sections 363(b) and (f); (2)* filed by Trustee Weneta M Kosmala (TR)); Filed by Debtor Mega Development Group LLC (Daniels, Sally) (Entered: 11/21/2018) |
| 11/28/2018 | 143 (63 pgs; 2 docs) | Attachment To Objection To Motion To Sell Property By Trustee - Filed by Debtor Mega Development Group LLC (RE: related document(s)142 Objection). (Attachments: # 1 Part 2 of 2) (Bolte, Nickie) (Entered: 11/29/2018) |
| 12/03/2018 | 144 (5 pgs) | Order Granting Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens, Claims, And Interests Pursuant To 11 U.S.C. Sections 363(b) And (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, And Back-Up Bidder As Good-Faith Purchaser Pursuant To 11 U.S.C. Section 363(m); (4) Authorizing Payment Of Undisputed Liens, Real Estate Broker's Commissions And Other Ordinary Costs Of Sale; And (5) Directing All Occupants Of The Property To Vacate And Remove Their Possessions. (SEE ORDER FOR FURTHER RULING) (RE: 33932 Valencia Place, Dana Point, California 92629) (BNC-PDF) (Related Doc # 132 ) Signed on 12/3/2018 (Bolte, Nickie) (Entered: 12/03/2018) |
| 12/04/2018 | 145 | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor Mega Development Group LLC . (Law, Tamika) (Entered: 12/04/2018) |
| 12/04/2018 | | Receipt of Noticing Fee - $5.00 by 08. Receipt Number 80072470. (admin) (Entered: 12/04/2018) |
| 12/04/2018 | | Receipt of Appeal Filing Fee - $293.00 by 08. Receipt Number 80072470. (admin) (Entered: 12/04/2018) |
| 12/04/2018 | 147 | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing .(Official Form 417A) . Fee Amount $298 Filed by Debtor Mega Development Group LLC (RE: related document(s)144 Order on Motion for Sale of Property under Section 363(b) (BNC-PDF)). Appellant Designation due by 12/18/2018. (Bolte, Nickie) - INCORRECT DOCKET EVENT - DOCUMENT RE-FILED - SEE DOCKET ENTRY 149- Modified on 12/7/2018 (Bolte, Nickie). (Entered: 12/06/2018) |
| 12/04/2018 | 148 (1 pg) | Deficiency letter to Appellant: The Appeal Is Deficient For The Following Reasons: Does not include addresses, and telephone numbers of the opposing parties; and does not include entered stamped copy of order, judgment, or decree (RE: related document(s)147 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Mega Development Group LLC) (Bolte, Nickie) (Entered: 12/06/2018) |
| 12/04/2018 | 149 (7 pgs) | Notice of Appeal and Statement of Election To United States District Court.(Official Form 417A) . Fee Amount $298 Filed by Debtor Mega Development Group LLC (RE: |

| | | |
|---|---|---|
| | | related document(s)144 Order on Motion for Sale of Property under Section 363(b) (BNC-PDF)). Appellant Designation due by 12/18/2018. (Bolte, Nickie) (Entered: 12/07/2018) |
| 12/05/2018 | 146 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)144 Order on Motion for Sale of Property under Section 363(b) (BNC-PDF)) No. of Notices: 3. Notice Date 12/05/2018. (Admin.) (Entered: 12/05/2018) |
| 12/07/2018 | 150 (21 pgs; 5 docs) | Notice Of Referral Of Appeal To United States District Court with certificate of mailing (RE: related document(s)149 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Mega Development Group LLC) (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Notice of Transcript(s) Designated for an Appeal # 3 Transcript Order Form # 4 Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit) (Bolte, Nickie) (Entered: 12/07/2018) |